FILED

03/01/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0407

IN THE SUPREME COURT OF THE STATE OF MONTANA
SUPREME COURT CAUSE NO. DA-23-0407

| | |
|---|---|
| PATRICK A. MALLOY, III,<br><br>*Plaintiff/Appellant,*<br><br>v.<br><br>BETTINA J. WEILER MALLOY HUNT, PROVIDENCE ST. PATRICK HOSPITAL, PROVIDENCE HEALTH SERVICES, and JOHN DOES 1-5, AT LAW, and John Does 1-5,<br><br>*Defendants/Appellees.* | **GRANT OF SECOND EXTENSION OF TIME TO FILE RESPONSE BRIEF** |

Pursuant to Montana Rule of Appellate Procedure 26(2), Defendants/Appellees are given an extension of time until April 10, 2024, to prepare, file, and serve its Response Brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 1 2024